USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/3/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x

UNITED STATES OF AMERICA, : 09-Cr-907 (SHS)

   -against- :

     ORDER

JESUS MANUEL ORTIZ DE LOS SANTOS, :

   Defendant. :

----------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

     A conference having been held today regarding defendant's violation of supervised release, with the defendant present, attorney for defendant, Carla Sanderson present, for the government AUSA Christine Slavik present; and probation officer David Mulcahy present, and

     The government having moved to dismiss the petition for the violation of supervised release dated August 12, 2013,

     IT IS HEREBY ORDERED that the petition for violation of supervised release dated August 12, 2013, is dismissed, and defendant is remanded to the custody of the Bureau of Prisons.

Dated: New York, New York
       March 3, 2020

                                              SO ORDERED:

                                              Sidney H. Stein, U.S.D.J.